IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Daniel R. Adams, et al., | ) |
| | ) Case No. 3:11-cv-0809 |
| Plaintiffs, | ) |
| | ) Judge Haynes |
| v. | ) |
| | ) |
| MGC Mortgage, Inc., et al. | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF DEFAULT

Plaintiffs have filed a Motion for Entry of Default against Defendant HSBC Mortgage Services, Inc. (HSBC) (Docket Entry No. 29). Service has been obtained on Defendant HSBC and more than 21 days have passed. No answer or other responsive filing has been made by Defendant and the entry of default is now appropriate.

Accordingly, default is hereby entered against Defendant HSBC Mortgage Services, Inc. Plaintiff may now proceed under Federal Rule of Civil Procedure 55(b)(1) or (2) depending upon the relief sought and file a motion seeking a default judgment.

s/ Keith Throckmorton
Keith Throckmorton
Clerk of Court

[Handwritten annotation: Granted. From the Clerk's entry of default, Plaintiff has 14 days from the date of this Order to show cause why this action should not be closed. Will [illegible] 5-15-12]