IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANIEL R. ADAMS & ERIKA G. ADAMS, <br><br> Plaintiffs, <br><br> v. <br><br> MGC MORTGAGE, INC., DOVENMUEHLE MORTGAGE, INC., LPP MORTGAGE LTD., & HSBC MORTGAGE SERVICES, INC., <br><br> Defendants. <br><br> LPP MORTGAGE LTD., <br><br> Counter-Plaintiff, <br><br> v. <br><br> DANIEL R. ADAMS, <br><br> Counter-Defendant. | Case No. 3:11-cv-00809 <br> **JURY DEMAND** <br> **Judge Haynes** |

## AGREED ORDER OF DISMISSAL

Plaintiffs, Daniel and Erika Adams, and Defendants, MGC Mortgage, Inc. ("MGC"), Dovenmuehle Mortgage, Inc. ("DMI"), and LPP Mortgage Ltd. ("LPP"), through undersigned counsel, have advised the Court that they have resolved all of their disputes and that Plaintiffs' claims against Defendants MGC, DMI and LPP should be dismissed with prejudice, and that LPP's claim against Plaintiff Daniel Adams is dismissed without prejudice.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that all of Plaintiffs' claims against MGC, DMI and LPP are hereby DISMISSED WITH PREJUDICE; and that LPP's claim against Plaintiff Daniel Adams is dismissed without prejudice. The Plaintiffs and Defendants MGC, DMI and LPP shall pay their own attorney fees and costs, and no discretionary costs shall be sought or awarded.

ENTERED this the 18th day of May, 2012.

William J. Haynes, Jr.,
U.S. District Judge

**APPROVED FOR ENTRY:**

/s/ Ronald G. Steen, Jr.
Ronald G. Steen, Jr. (BPR #20536)
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone (615) 782-2200
Facsimile (615) 742-0714
ronald.steen@stites.com
*Counsel for Defendants MGC, DMI & LPP*

/s/ Charles W. Faquin
Charles W. Faquin (BPR #28009)
346 21st Avenue North
Nashville, TN 37203
(615) 651-8015
charles@faquin-law.com
*Counsel for Plaintiffs*