IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANIEL R. ADAMS & <br> ERIKA G. ADAMS, <br><br> Plaintiffs, <br><br> v. <br><br> MGC MORTGAGE, INC., <br> DOVENMUEHLE MORTGAGE, INC., <br> LPP MORTGAGE LTD., & <br> HSBC MORTGAGE SERVICES, INC., <br><br> Defendants. | Case No. 3:11-cv-00809 <br> **JURY DEMAND** <br> **Judge Haynes** |
| LPP MORTGAGE LTD., <br><br> Counter-Plaintiff, <br><br> v. <br><br> DANIEL R. ADAMS, <br><br> Counter-Defendant. | |

## DEFAULT JUDGMENT

The Defendant, HSBC Mortgage Services, Inc., having failed to plead or otherwise defend this action, and default having heretofore been entered; upon application of Plaintiffs and upon affidavit of Plaintiffs' attorney that Defendant is indebted to Plaintiff in the sum of $7,381.21; that Defendant has been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that

the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that Plaintiffs, Daniel and Erika Adams, recover from the Defendant, HSBC Mortgage Services, Inc., the sum of $7,381.21, plus costs and interest according to law from the date of this Judgment until the entire amount is paid.

This Judgment is entered by the Clerk at request of the Plaintiffs and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

Keith Throckmorton,
Clerk of Court

7-20-12

APPROVED FOR ENTRY:

/s/ Charles W. Faquin
Charles W. Faquin # 028009
346 21st Avenue North
Nashville, TN 37203
(615) 651-8015
charles@faquin-law.com
*Attorney for Plaintiffs*