IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANIEL R. ADAMS & ERIKA G. ADAMS, <br><br> Plaintiffs, <br><br> v. <br><br> MGC MORTGAGE, INC., DOVENMUEHLE MORTGAGE, INC., LLP MORTGAGE LTD., & HSBC MORTGAGE SERVICES, INC., <br><br> Defendants, <br><br> LLP MORTGAGE LTD, <br><br> Counter-Plaintiff, <br><br> v. <br><br> DANIEL R. ADAMS, <br><br> Counter-Defendant. | NO. 3:11-0809 <br> JUDGE HAYNES |

## ORDER

Upon review of the file, this action is **CLOSED**.

It is so **ORDERED**.

**ENTERED** this the 20th day of July, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge